KAEMPFER CROWELL
Robert McCoy, No. 9121
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada 89135
Telephone: (702) 792-7000
Facsimile: (702) 796-7181
Email: rmccoy@kcnvlaw.com
Email: tdebraga@kcnvlaw.com

Attorneys for Defendants
Jeffrey Armstrong and Luisa Armstrong

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| INSURANCE COMPANY OF THE WEST, a California corporation, | Case No. 2:17-cv-02871-APG-CWH |
| Plaintiff, | |
| *vs.* | **STIPULATION AND ORDER TO CONTINUE HEARING ON PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION** |
| JEFFREY ARMSTRONG, an individual, LUISA ARMSTRONG, an individual, SAMSON CHEUN, an individual, DOES I through X, inclusive, ROE CORPORATIONS I through X, inclusive, | **(First Request)** |

The parties stipulate to continue the hearing on plaintiff Insurance Company of the West's Motion for Preliminary Injunction, filed on November 15, 2017 (Dkt. No. 2) to another date of the Court's convenience. The hearing is currently scheduled for April 3, 2018 at 10:00 a.m. (Dkt. No. 25). For the court's convenience, the parties' counsel are available on the following days:

- April 5 (at or after 11:00am)

- April 6 (all day)

- April 9 (all day)

**KAEMPFER CROWELL**
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada 89135

2123261_1.docx . 18425.1

Page 1 of 2

- April 10 (all day)

- April 11 (all day)

- April 13 (all day)

The reason for this request is to avoid a conflict with another hearing scheduled in the Eighth Judicial District Court (Department 15; the Honorable Joe Hardy) at which counsel for defendants Jeffrey Armstrong and Luisa Armstrong must appear. Because that case involves approximately ten other attorneys from four different jurisdictions, rescheduling that hearing is logistically difficult.

THE FAUX LAW GROUP

By  /s/ Willi H. Siepmann
   Kurt C. Faux, No. 3407
   Willi H. Siepmann, No. 2478
   Jordan F. Faux, No. 12205
   1540 W. Warm Springs Rd., #100
   Henderson, NV 89014

*Attorneys for Plaintiff Insurance Company of the West*

KAEMPFER CROWELL

By  /s/ Robert McCoy
   Robert McCoy, No. 9121
   1980 Festival Plaza Dr., #650
   Las Vegas, NV 89135

*Attorneys for Defendants Jeffrey Armstrong and Luisa Armstrong*

**ORDER**

IT IS ORDERED that Plaintiff ICW's #2 Motion for Preliminary Injunction is reset for oral argument on <u>Thursday, April 5, 2018 at 2:00 p.m.</u> in Las Vegas Courtroom 6C before Judge Andrew P. Gordon. The parties are limited to 10 minutes per side.

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT COURT JUDGE

DATED: March 29, 2018

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada 89135

2123261_1.docx . 18425.1

Page 2 of 2