# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| INSURANCE COMPANY OF THE WEST, a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>JEFFREY ARMSTRONG, an individual, LUISA ARMSTRONG, an individual, SAMSON CHEUNG, an individual, DOES I through X, inclusive; and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | Case No. 2:17-cv-02871-APG-CWG<br><br>**ORDER DENYING MOTION FOR PRELIMINARY INJUNCTION**<br><br>(ECF No. 2) |

Insurance Company of the West (ICW) moved for an order requiring the defendants to post collateral security in the amount of $82,000 under the Indemnity Agreement the defendants had entered into. ECF No. 2. ICW's motion also requested a preliminary injunction enjoining the defendants from transferring or liening their assets until the requested collateral security is posted. I granted the motion to post collateral security. ECF No. 33. There is no present need for an injunction regarding the defendants' assets. To the extent they attempt to transfer or encumber their assets to avoid complying with my order regarding the deposit, they may expose themselves to contempt sanctions. That should be sufficient incentive.

IT IS THEREFORE ORDERED that ICW's motion for preliminary injunction **(ECF No. 2) is denied in part**.

DATED this 6th day of April, 2018.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE