KURT C. FAUX, ESQ.
Nevada Bar No. 003407
WILLI H SIEPMANN, ESQ.
State Bar No. 002478
JORDAN F. FAUX, ESQ.
Nevada Bar No. 12205
THE FAUX LAW GROUP
2625 North Green Valley Parkway, #100
Henderson, Nevada 89014
Telephone: (702) 458-5790
Facsimile: (702) 458-5794
Email: kfaux@fauxlaw.com
       wsiepmann@fauxlaw.com
       jfaux@fauxlaw.com

Attorneys for Insurance Company of the West

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| INSURANCE COMPANY OF THE WEST, a California corporation,<br><br>    Plaintiff,<br><br>v.<br><br>JEFFREY ARMSTRONG, an individual, LUISA ARMSTRONG, an individual, SAMSON CHEUNG, an individual, DOES I through X, inclusive; ROE CORPORATIONS I through X, inclusive,<br><br>    Defendants. | CASE NO:   2:17-cv-02871-APG-CWH<br><br>**STIPULATION AND ORDER TO CONTINUE EVIDENTIARY HEARING SCHEDULED FOR JANUARY 15, 2019 AT 9:00 A.M.  [DKT NO. 43]**<br><br>**(FIRST REQUEST)** |

The parties, by and through their respective counsel, hereby stipulate to continue the evidentiary hearing scheduled for January 15, 2019 at 9:00 a.m. [Dkt. No. 43] for a period of sixty (60) days. The reason for this request is that settlement negotiations are underway and the parties request the Court allow the parties additional time for these negotiations.

///

///

///

///

///

-1-

The parties request the Court reschedule the evidentiary hearing for a period of sixty (60) days to a date convenient for the Court.

| THE FAUX LAW GROUP | KAEMPFER CROWELL |
|---|---|
| By /s/ Kurt C. Faux<br>Kurt C. Faux, No. 3407<br>Willi H. Siepmann, No. 2478<br>Jordan F. Faux, No. 12205<br>1540 W. Warm Springs Rd., #100<br>Henderson, NV 89014<br>*Attorneys for Plaintiff Insurance Company of the West* | By /s/ Robert McCoy<br>Robert McCoy, No. 9121<br>1980 Festival Plaza Dr., #650<br>Las Vegas, NV 89135<br>*Attorneys for Defendants Jeffrey Armstrong and Luisa Armstrong* |
| DATED: January 7, 2019 | DATED: January 7, 2019 |

**ORDER**

IT IS SO ORDERED.

The evidentiary hearing is continued to  March 20 , 2019 at  9:30  a.m./~~p.m.~~

_____
UNITED STATES DISTRICT COURT JUDGE

DATED: January 8, 2019