KURT C. FAUX, ESQ.
Nevada Bar No. 003407
WILLI H SIEPMANN, ESQ.
State Bar No. 002478
JORDAN F. FAUX, ESQ.
Nevada Bar No. 12205
THE FAUX LAW GROUP
2625 North Green Valley Parkway, #100
Henderson, Nevada 89014
Telephone: (702) 458-5790
Facsimile: (702) 458-5794
Email: kfaux@fauxlaw.com
wsiepmann@fauxlaw.com
jfaux@fauxlaw.com

Attorneys for Insurance Company of the West

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| INSURANCE COMPANY OF THE WEST, a California corporation,<br><br>　　　Plaintiff,<br><br>v.<br><br>JEFFREY ARMSTRONG, an individual, LUISA ARMSTRONG, an individual, SAMSON CHEUNG, an individual, DOES I through X, inclusive; ROE CORPORATIONS I through X, inclusive,<br><br>　　　Defendants. | CASE NO:　　2:17-cv-02871-APG-CWH<br><br>**STIPULATION AND ORDER TO CONTINUE EVIDENTIARY HEARING SCHEDULED FOR MARCH 28, 2019 AT 9:30 A.M. [DKT NO. 47]**<br><br>**(SECOND REQUEST)** |

　　　The parties, by and through their respective counsel, hereby stipulate to continue the evidentiary hearing scheduled for March 28, 2019 at 9:30 a.m. [Dkt. No. 47] for an additional period of forty (40) days. The reason for this request is that settlement negotiations are underway and the parties request the Court allow the parties additional time for these negotiations.

///

///

///

///

///

-1-

The parties request the Court reschedule the evidentiary hearing for a period of forty (40) days to a date convenient for the Court.

| THE FAUX LAW GROUP | KAEMPFER CROWELL |
|---|---|
| By /s/ Kurt C. Faux <br> Kurt C. Faux, No. 3407 <br> Willi H. Siepmann, No. 2478 <br> Jordan F. Faux, No. 12205 <br> 1540 W. Warm Springs Rd., #100 <br> Henderson, NV 89014 <br> *Attorneys for Plaintiff Insurance Company of the West* | By /s/ Robert McCoy <br> Robert McCoy, No. 9121 <br> 1980 Festival Plaza Dr., #650 <br> Las Vegas, NV 89135 <br> *Attorneys for Defendants Jeffrey Armstrong and Luisa Armstrong* |
| DATED: March 18, 2019 | DATED: March 18, 2019 |

**ORDER**

IT IS SO ORDERED.

The evidentiary hearing is continued to  May 9 , 2019 at  2:00   a.m./p.m.

_____
UNITED STATES DISTRICT COURT JUDGE

DATED: March 19, 2019

-2-