# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| INSURANCE COMPANY OF THE WEST, a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>JEFFREY ARMSTRONG, an individual, LUISA ARMSTRONG, an individual, SAMSON CHEUNG, an individual, DOES I through X, inclusive; and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | Case No. 2:17-cv-02871-APG-CWH<br><br>**ORDER VACATING HEARING AND SCHEDULING STATUS REPORT** |

Based upon the bankruptcy filing by defendants Jeffrey and Luisa Armstrong, the evidentiary hearing scheduled for May 9, 2019 is vacated. The parties shall file joint or individual reports regarding the status of the bankruptcy proceeding and its impact on this case by June 28, 2019.

DATED this 9th day of May, 2019.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE