# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| INSURANCE COMPANY OF THE WEST,<br><br>  Plaintiff<br><br>v.<br><br>JEFFREY ARMSTRONG, et al.,<br><br>  Defendants | Case No.: 2:17-cv-02871-APG-CWH<br><br>**Order Denying Motion for Summary Judgment Without Prejudice and Staying Case as to Defendants Jeffrey and Luisa Armstrong Due to Bankruptcy Proceedings**<br><br>[ECF No. 39] |

In light of the notice of bankruptcy filed by defendants Jeffrey Armstrong and Luisa Armstrong (ECF No. 51),

IT IS ORDERED that plaintiff Insurance Company of the West's motion for summary judgment **(ECF No. 39) is DENIED without prejudice to renew after the bankruptcy proceedings are concluded**.

IT IS FURTHER ORDERED that this case is STAYED as to defendants Jeffrey Armstrong and Luisa Armstrong pending resolution of their bankruptcy proceeding. The parties shall file status reports on or before June 28, 2019, November 8, 2019, and every six months thereafter.

IT IS FURTHER ORDERED that the case is not stayed as to defaulted defendant Samson Cheung.

DATED this 9th day of May, 2019.

ANDREW P. GORDON  
UNITED STATES DISTRICT JUDGE