# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| INSURANCE COMPANY OF THE WEST,<br><br>    Plaintiff<br><br>v.<br><br>JEFFREY ARMSTRONG and LUISA ARMSTRONG,<br><br>    Defendants | Case No.: 2:17-cv-02871-APG-CWH<br><br>**Order Staying Case and Setting Deadline to File Status Report** |

In light of the parties' joint status report (ECF No. 53),

IT IS ORDERED that this case is STAYED pending resolution of the defendants' bankruptcy proceedings.

IT IS FURTHER ORDERED that the parties shall file a status report on or before December 28, 2019.

DATED this 8th day of July, 2019.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE