1  KURT C. FAUX, ESQ.
   Nevada Bar No. 003407
2  JORDAN F. FAUX, ESQ.
   Nevada Bar No. 12205
3  THE FAUX LAW GROUP
   2625 N. Green Valley Pkwy., #100
4  Henderson, Nevada 89014
   Telephone: (702) 458-5790
5  Facsimile: (702) 458-5794
   Email: kfaux@fauxlaw.com
6         jfaux@fauxlaw.com
   *Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| INSURANCE COMPANY OF THE WEST, a California corporation, | Case No.: 2:17-cv-02871-APG-DJA |
| Plaintiff, | **STIPULATION TO CONTINUE STATUS REPORT DEADLINE** |
| vs. | |
| JEFFREY ARMSTRONG, an individual, LUISA ARMSTRONG, an individual, SAMSON CHEUNG, an individual, DOES I through X, inclusive; ROE CORPORATIONS I through X, inclusive, | **ORDER** |
| Defendants. | |

Insurance Company of the West ("ICW"), Jeffrey Armstrong, and Luisa Armstrong (collectively "Parties") jointly submit this Stipulation to Continue Status Report Deadline in accordance with the Joint Status Report dated December 27, 2019 (ECF No. 56). On December 27, 2019, the Parties entered into a Stipulation (ECF No. 56) to continue the deadline to file the court ordered joint status report given the bankruptcy discharge of Jeffrey Armstrong and Luisa Armstrong.

/ / /

/ / /

/ / /

The Parties agree with the voluntary dismissal of Jeffrey Armstrong and Luisa Armstrong but are currently addressing whether to dismiss Jeffrey Armstrong and Luisa Armstrong with or without prejudice. Accordingly, the Parties stipulate to an additional 30 days in which to finalize the decision whether Jeffrey Armstrong and Luisa Armstrong will be dismissed with or without prejudice.

Dated this 27th day of January, 2020.

| THE FAUX LAW GROUP | KAEMPFER CROWELL |
|---|---|
| /s/ Kurt C. Faux<br>KURT C. FAUX, ESQ.<br>Nevada Bar No. 003407<br>JORDAN F. FAUX, ESQ.<br>Nevada Bar No. 012205<br>2625 N. Green Valley Pkwy., #100<br>Henderson, Nevada 89014<br>*Attorneys for Plaintiff* | /s/ Robert McCoy<br>ROBERT MCCOY, ESQ.<br>Nevada Bar No. 009121<br>TRENT DEBRAGA, ESQ.<br>Nevada Bar No. 14186<br>1980 Festival Plaza Drive, Suite 650<br>Las Vegas, NV 89135<br>*Attorneys for Defendants Jeffrey Armstrong and Luisa Armstrong* |

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE
January 30, 2020.

THE FAUX LAW GROUP
2625 N. GREEN VALLEY PARKWAY, SUITE 100
HENDERSON, NEVADA 89014
TEL. (702) 458-5790