# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| INSURANCE COMPANY OF THE WEST,<br><br>Plaintiff<br><br>v.<br><br>JEFFREY ARMSTRONG, et al.,<br><br>Defendants | Case No.: 2:17-cv-02871-APG-DJA<br><br>**Order for Stipulation of Dismissal or Status** |

On January 30, 2020, the parties requested an additional 30 days to finalize the decision whether defendants Jeffrey Armstrong and Luisa Armstrong will be dismissed with or without prejudice. ECF No. 58. More than 30 days have passed, and no stipulation of dismissal has been filed.

I THEREFORE ORDER the parties to file a stipulation of dismissal or a status report by March 20, 2020. If neither is filed by that date, I will dismiss the claims against the Armstrongs with prejudice.

DATED this 9th day of March, 2020.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE