KURT C. FAUX, ESQ.
Nevada Bar No. 003407
JORDAN F. FAUX, ESQ.
Nevada Bar No. 12205
THE FAUX LAW GROUP
2625 N. Green Valley Pkwy., #100
Henderson, Nevada 89014
Telephone: (702) 458-5790
Facsimile: (702) 458-5794
Email: kfaux@fauxlaw.com
       jfaux@fauxlaw.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| INSURANCE COMPANY OF THE WEST, a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>JEFFREY ARMSTRONG, an individual, LUISA ARMSTRONG, an individual, SAMSON CHEUNG, an individual, DOES I through X, inclusive; ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | Case No.: 2:17-cv-02871-APG-DJA<br><br>**STIPULATION AND ORDER TO DISMISS JEFFREY ARMSTRONG AND LUISA ARMSTRONG WITH PREJUDICE** |

Insurance Company of the West ("ICW"), Jeffrey Armstrong, and Luisa Armstrong (collectively "Parties") jointly submit this Stipulation to Dismiss Jeffrey Armstrong and Luisa Armstrong With Prejudice in accordance with the Court's Order dated March 9, 2020 (ECF No. 59).

1. Jeffrey and Luisa Armstrong filed for chapter 7 bankruptcy on May 8, 2019. A 341 meeting was held on June 12, 2019. (ECF No. 50).

2. On August 13, 2019, the Bankruptcy Court issued an Order of Discharge. (ECF No. 56-1).

3. On August 16, 2019, the Bankruptcy Court issued a Final Decree closing the bankruptcy case. (ECF No. 56-2).

THE FAUX LAW GROUP
2625 N. GREEN VALLEY PARKWAY, SUITE 100
HENDERSON, NEVADA 89014
TEL. (702) 458-5790

Accordingly, the Parties stipulate to the dismissal of ICW's claims against Jeffrey Armstrong and Luisa Armstrong with prejudice.

Dated this 19th day of March, 2020.

| **THE FAUX LAW GROUP** | **KAEMPFER CROWELL** |
|---|---|
| /s/ Kurt C. Faux<br>KURT C. FAUX, ESQ.<br>Nevada Bar No. 003407<br>JORDAN F. FAUX, ESQ.<br>Nevada Bar No. 012205<br>2625 N. Green Valley Pkwy., #100<br>Henderson, Nevada 89014<br>*Attorneys for Plaintiff* | /s/ Robert McCoy<br>ROBERT MCCOY, ESQ.<br>Nevada Bar No. 009121<br>TRENT DEBRAGA, ESQ.<br>Nevada Bar No. 14186<br>1980 Festival Plaza Drive, Suite 650<br>Las Vegas, NV 89135<br>*Attorneys for Defendants Jeffrey Armstrong and Luisa Armstrong* |

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

Dated: March 19, 2020.