# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| INSURANCE COMPANY OF THE WEST, | Case No.: 2:17-cv-2871-APG-DJA |
| Plaintiff | **Order** |
| v. | |
| JEFFREY ARMSTRONG, et al., | |
| Defendants | |

Plaintiff Insurance Company of the West obtained a clerk's entry of default in March 2018 against the only remaining defendant in this case, Samson Cheung. ECF No. 24. Since that time, the plaintiff has not taken action to prosecute its claims against Cheung.

I THEREFORE ORDER that by April 3, 2020, plaintiff Insurance Company of the West must either move for default judgment or voluntarily dismiss its claims against defendant Samson Cheung. If the plaintiff does not take either of these actions by that date, I will dismiss the claims without prejudice.

DATED this 20th day of March, 2020.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE